**SO ORDERED.**

**SIGNED this 5th day of August, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:                                    )
                                          )
MATTHEW DONALD CAIN,                      )    Case No. 14-20851-7
CATHERINE ANN CAIN,                       )
                                          )
            Debtors.                      )

### ORDER GRANTING KAW VALLEY BANK'S MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. § 727 AND TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY UNDER § 523

COMES ON the Motion to Extend Time to File Objection to Dischargeability of Debts Pursuant to 11 U.S.C. § 727 and to File Complaint to Determine Dischargeability under § 523 (the "**Motion for Extension**") filed herein by creditor Kaw Valley Bank ("**KVB**"). After being well and truly advised, the Court finds as follows:

1. The Debtors filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code on April 14, 2014.

2. The Section 341 Meeting was concluded, and the current deadline to object to discharge is set for August 4, 2014.

3. KVB filed its Motion for Extension on July 11, 2014. The time for objection to the Motion for Extension has expired and no objection has been filed.

4. Rule 4007(c) governs extensions of time. It states that the time may be extended for "cause." Cause exists in this case to grant the requested extension.

5. The time to file an Objection to Dischargeability for KVB pursuant to 11 U.S.C. § 727 and to file a complaint to determine dischargeabilty under § 523 is therefore extended to September 15, 2014.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above shall become the Order of this Court.

IT IS SO ORDERED.

###

**PREPARED &SUBMITTED BY:**

By: s/ Patricia E. Hamilton

Patricia E. Hamilton, KS #13263
**STEVENS & BRAND, LLP**
917 SW Topeka Blvd.
Topeka, KS 66612
Phone: (785) 408-8000; Fax: (785) 408-8003
E-mail: phamilton@stevensbrand.com
**COUNSEL FOR KAW VALLEY BANK**